UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| Marcus Furlow, | : |
| | : Civil Action No.: 1:12-cv-01115-SOH |
| Plaintiff, | : |
| v. | : |
| | : |
| Credit Control LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Marcus Furlow ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 26, 2013

    Respectfully submitted,

    By: */s/ Sergei Lemberg*

    Sergei Lemberg, Esq.
    Lemberg & Associates L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Sergei Lemberg*

Sergei Lemberg, Esq.