IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

EL DORADO DIVISION

MARCUS FURLOW                                                                                      PLAINTIFF

VS.                                            No. 12-1115

CREDIT CONTROL, LLC, ET AL                                                              DEFENDANTS

**CLERK'S ORDER OF DISMISSAL**

On this 27TH day of March, 2013, the plaintiff herein having filed their Notice of Dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that the complaint against the defendants be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

By   /s/ Carol Nesbit
         Deputy Clerk